**BARCLAY DAMON LLP**
Douglas J. Nash (*pro hac vice*)
dnash@barclaydamon.com
John D. Cook (*pro hac vice*)
jcook@barclaydamon.com
Genevieve M. Halpenny, Ph.D. (SBN 301409)
ghalpenny@barclaydamon.com
Barclay Damon Tower
125 East Jefferson Street
Syracuse, NY 13202
(315) 425-2700

Naresh K. Kannan (*pro hac vice*)
nkannan@barclaydamon.com
80 State Street
Albany, New York 12207
(518) 429-4291

**RILEY SAFER HOLMES & CANCILA LLP**
Stephen M. Hankins (SBN 154886)
shankins@rshc-law.com
Rachel Christenson (SBN 340898)
rchristenson@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA 94104
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

*Attorneys for Plaintiffs*
ALLEN MEDICAL SYSTEMS, INC.
and HILL-ROM SERVICES, INC.

**REED SMITH LLP**
John P. Bovich (SBN 150688)
jbovich@reedsmith.com
Seth B. Herring (SBN 253907)
sherring@reedsmith.com
Christine M. Morgan (SBN 169350)
cmorgan@reedsmith.com
101 Second Street
Suite 1800
San Francisco, CA 94105
(415) 543-870

Hallie H. Wimberly
hwimberly@reedsmith.com
811 Main Street
Suite 1700
Houston, TX 77002-6110
(713) 469-3800

*Attorneys for Defendant*
MIZUHO ORTHOPEDIC SYSTEMS, INC. d/b/a MIZUHO OSI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ALLEN MEDICAL SYSTEMS, INC. and HILL-ROM SERVICES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>MIZUHO ORTHOPEDIC SYSTEMS, INC. d/b/a MIZUHO OSI,<br><br>Defendant. | Case No. 4:22-cv-02462-YGR<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DEADLINES; DECLARATION OF JOHN D. COOK; AND [PROPOSED] ORDER** |

# JOINT NOTICE OF SETTLEMENT AND
# STIPULATION TO VACATE ALL DEADLINES

Pursuant to Civil Local Rules 6-2, 7-12, and 16-10, Plaintiffs Allen Medical Systems, Inc. and Hill-Rom Services, Inc., and Defendant Mizuho Orthopedic Systems, Inc. d/b/a Mizuho OSI hereby stipulate as follows:

WHEREAS, pursuant to the Court's July 25, 2022 Order, a Case Management Conference will be held on October 24, 2022;

WHEREAS, the parties have agreed in principle to settle all claims and counterclaims in the above captioned matter, fully resolving all issues. Counsel for the parties are in the process of preparing and finalizing a settlement agreement and stipulation of dismissal. The parties intend to file the stipulation of dismissal as soon as possible, but the settlement agreement has not yet been finalized.

NOW THEREFORE, the parties through their respective counsel hereby stipulate as follows:

(1)     The Case Management Conference set for October 24, 2022 at 2:00 pm as stated in the Case Management Conference Minutes and Order (Dkt. 61) is canceled; and

(2)     The deadline for the parties to file a stipulation of dismissal or provide an update to the Court is November 18, 2022.

**IT IS SO STIPULATED.**

Dated:                                       /s/ John D. Cook
                                             Counsel for Plaintiffs


Dated:                                       /s/ Seth B. Herring
                                             Counsel for Defendant

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By  /s/ John D. Cook

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

HONORABLE YVONNE GONZALEZ RODGERS
UNITED STATES DISTRICT COURT JUDGE

## DECLARATION OF JOHN D. COOK

I, John D. Cook, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of Barclay Damon LLP, attorneys of record for Plaintiffs Allen Medical Systems, Inc. and Hill-Rom Services, Inc. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the parties' Joint Notice of Settlement and Stipulation to Vacate All Deadlines.

2. The parties' joint stipulation requests an order changing time that would affect the date of an event or deadline already fixed by Court order, and that would extend time frames set in the Local Rules of in the Federal Rules of Civil Procedure. The reasons for the requested enlargement of time are as follows.

3. The Court set a Case Management Conference to take place October 24, 2022 [Dkt. No. 61].

4. The parties filed the Second Joint Case Management Statement on October 11, 2022 [Dkt. No. 67].

5. The parties agreed in principle to settle all claims and counterclaims in the above captioned matter, fully resolving all issues. Counsel for the parties are in the process of preparing and finalizing a settlement agreement and stipulation of dismissal. The parties intend to file the stipulation of dismissal as soon as possible, but the settlement agreement has not yet been finalized. Therefore, the parties respectfully request that the parties be given until Friday November 18, 2022 to file a stipulation of dismissal or update the Court.

6. In light of the parties' near complete settlement, good cause exists for canceling the October 24, 2022 Case Management Conference in this case.

//
//
//

I declare under penalty of perjury under the laws that the foregoing is true and correct. Executed October 18, 2022, at Syracuse, New York.

        /s/ John D. Cook

        John D. Cook

JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DEADLINES AND [PROPOSED] ORDER