UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALLEN MEDICAL SYSTEMS, INC. AND HILL-ROM SERVICES, INC.,**<br><br>              Plaintiffs,<br><br>     v.<br><br>**MIZUHO ORTHOPEDIC SYSTEMS, INC. D/B/A MIZUHO OSI,**<br><br>              Defendant. | Case No. 4:22-cv-02462-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Dkt. No. 69 |

The parties to this action, by and through counsel, have advised the Court that they have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **VACATED**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, by December 2, 2022, that the case should be reopened, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: October 19, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE